**DISMISSED; Opinion Filed April 3, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01469-CV

### STACY HAMPTON, Appellant
### V.
### SIR BELMONT APTS. LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06027-D**

## MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

The clerk's record in this case is past due. By letter dated January 30, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. That notice was returned to the court as undeliverable. The clerk's office then left appellant a voice message directing appellant to update her mailing address. To date, appellant has not provided the required documentation, updated her mailing address, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


                                    /Robbie Partida-Kipness/
                                    ROBBIE PARTIDA-KIPNESS
                                    JUSTICE


181469F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STACY HAMPTON, Appellant

No. 05-18-01469-CV      V.

SIR BELMONT APTS. LLC, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-18-06027-D.
Opinion delivered by Justice Partida-Kipness. Justices Bridges and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SIR BELMONT APTS. LLC recover its costs of this appeal from appellant STACY HAMPTON.

Judgment entered this 3rd day of April, 2019.